

# Oklahoma State Bureau of Investigation

STAN FLORENCE
*Director*

CHARLES D. CURTIS
*Deputy Director*

August 24, 2016

    My name is SHAWN WARD. I am a Special Agent with the Oklahoma State Bureau of Investigation. I am writing this letter on behalf of crime victim, JULIE HUFF. On January 21, 2016, during the late morning hours, OSBI Agents were sent to assist with an officer involved shooting investigation in McIntosh County. A bank robbery had just occurred in Eufaula, Oklahoma where a suspect, later identified as CEDRIC NORRIS, shot and killed the bank president. NORRIS committed the robbery, shot another patron in the bank, and then took a female hostage that was later identified as JULIE HUFF. NORRIS made HUFF drive him away from the bank in a vehicle that NORRIS had stolen in Texas.

    An Oklahoma Highway Patrol Trooper, a Eufaula Police Officer, and a McIntosh County Deputy were in pursuit of NORRIS' vehicle. The trooper performed a tactical intervention of the vehicle which caused it to stop. NORRIS started shooting at officers as he exited the vehicle. HUFF also exited the vehicle and tried to flee the situation. NORRIS went around the vehicle and grabbed HUFF. NORRIS tried to use HUFF as what the officers described as a "Human Shield". HUFF was unfortunately shot during the exchange. NORRIS was also shot and died at the scene. HUFF was removed from the scene by ambulance and hospitalized. HUFF'S injuries were severe and debilitating.

    HUFF was always very cooperative during the investigation and tried to assist with anything the investigators needed. Quite some time after the event, HUFF had to have a bullet and bullet fragments removed from her body. HUFF has endured numerous surgeries.

    After the investigation was completed the District Attorney reviewed all investigative reports. The investigation revealed that NORRIS acted alone in these crimes. NORRIS had an extensive criminal record. JULIE HUFF did not contribute in any way to NORRIS' crimes. All the investigative information obtained by FBI, OHP, and OSBI corroborated that JULIE HUFF was a kidnapped victim.

*Shawn Ward*
SHAWN WARD, OSBI Special Agent

**EXHIBIT 1**

HEADQUARTERS
6600 N. Harvey
Oklahoma City, OK 73116-7910
(405) 848-6724
Fax (405) 843-3804
TDD (405) 843-7303