IN THE DISTRICT COURT OF McINTOSH COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| JULIE HUFF and<br>TERRY WADE HUFF,<br><br>Plaintiffs,<br><br>v.<br><br>1) CITY OF EUFAULA,<br>OKLAHOMA; et. al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CJ-2017-89<br>)<br>)  Judge Pratt<br>)  Jury Trial Requested<br>)  Attorney Lien Claimed<br>) |

FILED
NOV 17 2017
LISA RODEBUSH, Court Clerk
McINTOSH COUNTY
By_____CT_____ Deputy

## DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiffs Julie Huff and Terry Huff, by and through their attorney of record, J. Derek Ingle of E. Terrill Corley & Associates, to dismiss the above styled and captioned matter without prejudice to refiling the same.

Respectfully submitted,

/s/ Derek Ingle
J. Derek Ingle, OBA# 16509
E. TERRILL CORLEY & ASSOCIATES
1809 East 15th Street
Tulsa, Oklahoma 74104-4610
(918) 744-6641 - telephone
(918) 747-4921 - facsimile
derek@corley-associates.com

ATTORNEYS FOR PLAINTIFF

EXHIBIT 3