IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE HUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-022-RAW |
| ) | |
| CITY OF EUFAULA, et al., ) | |
| ) | |
| Defendants. ) | |

**FINDINGS AND RECOMMENDATION**

By Order entered November 5, 2019, United States District Judge Ronald White referred Defendant City of Eufaula's Motion to Enforce Settlement and Request for Order Finding Medicare Set-Aside Is Not Needed (Docket Entry #176) for the purpose of entering Findings and a Recommendation as to the Motion's disposition. On January 9, 2020, the parties submitted and this Court entered an Agreed Order which reflected that they have reached an agreement as to the documentation which must be exchanged to effectuate the settlement. As a result, the undersigned recommends that the Motion be deemed moot due to the parties' agreed resolution.

IT IS THE RECOMMENDATION OF THIS COURT that the presiding United States District Judge find the pending and referred Defendant City of Eufaula's Motion to Enforce Settlement and Request for Order Finding Medicare Set-Aside Is Not Needed (Docket Entry #176) moot due to the parties' agreed resolution.

The parties are advised that they may object to this Report

and Recommendation within fourteen (14) days after receipt. The failure to file exceptions or objections to these Findings and the Recommendation within this time may be deemed a confession of their content and result in the affirmation and adoption of them without further notice or hearing. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

    IT IS SO ORDERED this 13th day of January, 2020.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE