# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE HUFF,<br>  *Plaintiff*,<br><br>v.<br><br>CITY OF EUFAULA, *et al*.<br>  *Defendants*, | Case No. CIV-18-022-RAW |

## ORDER

  Before the court is the City of Eufaula's "Motion to Enforce Settlement and Request for Order Finding Medicare Set-Aside is not Needed" [Docket No. 176]. The court referred the motion to the Magistrate Judge for Findings and Recommendation. Thereafter, Plaintiff filed a notice that she has now provided the items that would satisfy the City's concern about not having a Medicare Set-Aside [Docket No. 182]. The City filed a Response stating that while they had come to a verbal agreement, the City had yet to receive the requested information [Docket No. 184]. Thereafter, the Magistrate Judge signed an Agreed Order stating that the parties had agreed on the items outlined in the City's Response [Docket No. 189]. The Magistrate Judge then entered her Findings and Recommendation, recommending that the court find the City's motion moot [Docket No. 191]. A Joint Stipulation of Dismissal, dismissing the City with prejudice has been filed [Docket No. 192]. The court hereby affirms the Magistrate Judge's Findings and Recommendation and deems the City's motion moot.

  **IT IS SO ORDERED** this 29th day of January, 2020.

                       */s/ Ronald A. White*
                       **THE HONORABLE RONALD A. WHITE**
                       **UNITED STATES DISTRICT JUDGE**
                       **EASTERN DISTRICT OF OKLAHOMA**