IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE HUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CV-22-RAW |
| ) | |
| 1) TROOPER CHRISTOPHER ) | |
| REEVES ) | Jury Trial Requested |
| ) | Attorney Lien Claimed |
| Defendant. ) | |

## JOINT APPLICATION TO RESET SETTLEMENT CONFERENCE

**COMES NOW** the Parties to make Application to Reset Settlement Conference in the above-styled and numbered cause of action, alleges and states as follows:

1. On December 3, 2021, the Court entered a Second Settlement Conference Order [Doc No. 220] setting this case for Settlement Conference on **February 22, 2022, at 10:30 a.m.** before Magistrate Judge Steven P. Shreder.

2. Plaintiff has sued a number of entities and individuals, including among others the State of Oklahoma *ex rel.* the Oklahoma Departments of Corrections and Safety in McIntosh County, Oklahoma, Case No. CJ-18-82 ("County Case.").

3. Plaintiff was scheduled to take the Deposition of Trooper Reeves on January 31, 2022 in the McIntosh County Case.

4. On Friday, January 28, 2022, Trooper Reeves' Counsel Gary James contacted the office of Plaintiff's Counsel, J. Derek Ingle. Mr. Ingle was not able to take the call as he was conducting a Focus Group. Instead, Mr. James spoke with Mr. Ingle's paralegal, Lisa Schwartz. During the call Mr. James indicated that he had contracted COVID-19 would not be able to present Trooper Reeves for deposition on Monday, January 31, 2022. Mr.

1

James suggested pushing back the deposition of Trooper Reeves along with the Settlement Conference. Several of the Defendants' counsel were also contacted during the call, and none of them objected to the resetting of Reeves' deposition.

5. During a break, Ms. Schwartz informed Mr. Ingle of the call. Mr. Ingle indicated that he had no objection to the continuance of the deposition of Trooper Reeves and the Settlement Conference.

6. In addition to resetting Reeves' deposition, all counsel agreed to seek a resetting of the Settlement Conference in this case, because Plaintiff wishes to depose Trooper Reeves in the County Case prior to the Settlement Conference in the instant case.

7. If the Motion is granted, the parties would request the opportunity to present an agreed list of proposed dates that they, and all required participants and representative, are available to appear at the settlement conference.

WHEREFORE, the Parties jointly move the court to strike the current Settlement Conference set on February 22, 2022 and reset the Settlement Conference for a later date and time.

Submitted this ___ day of February, 2022.

By: /s/ J. Derek Ingle
J. DEREK INGLE, OBA #16509
BOETTCHER | DEVINNEY | INGLE | WICKER
2202 E. 49th Street, Suite 100
Tulsa, Oklahoma 74105
P: (918) 728-6500; F: (539) 664-4129
Derek.Ingle@BDIWlaw.com

Brad W. Wicker, OBA #17370
BOETTCHER | DEVINNEY | INGLE | WICKER
115 E. Grand Avenue
Ponca City, Oklahoma 74601
P: 580-765-9660; F: 580-762-3031
Brad.wicker@bdiwlaw.com
*Attorneys for Plaintiff Julie Huff*

      /s/ *Gary J. James*
Gary J. James & Associates, P.C.
620 North Robinson Suite # 207
PO Box 2443
Oklahoma City, OK 73101
P: 405-521-9900
gary@garyjameslaw.com

Kari Y. Hawkins, OBA #19824
Charles A Dickson, OBA #17941
Oklahoma Attorney General's Office – Litigation Sect.
313 N.E. 21st Street
Oklahoma City, OK  73105
P: 405.521.3921; F: 405.521.4518
E: Kari.Hawkins@oag.ok.gov
E: Charles.dickson@oag.ok.gov
*Attorneys for Defendant Christopher Reeves*

## CERTIFICATE OF ECF FILING / SERVICE

      I certify on the  15th  day of February, 2022, I electronically filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the following:

Brad W. Wicker – brad.wicker@bdiwlaw.com

Wellon B. Poe – wbp@czwlaw.com
Chris J. Collins – czw@czelaw.com
Alison B. Levine – abl@czwlaw.com
Jamison C. Whitson – jcw@czwlaw.com

Kari Y. Hawkins – kari.hawkins@oag.ok.gov
Richard N. Mann – Richard.mann@oag.ok.gov

Charles A. Dickson, III – Charles.dickson@oag.ok.gov
Gary J. James – gary@garyjameslaw.com

J. Kevin Behrens – kevin.behrens@dps.ok.gov

      /s/ *J. Derek Ingle*